# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



EDGAR RODRIGUEZ-OQUENDO, ET AL

VS.

PEDRO A. TOLEDO DAVILA, ET AL

CIVIL NO. 97-2432 (JAG)



RECEIVED & FILED
U.S. DISTRICT COURT
SAN JUAN, P.R.
00 MAY 25 PM 3:40

---

## DESCRIPTION OF MOTION

| DATE FILED: 01/11/00 | DOCKET #: 46 | TITLE: MOTION by Salvador Padilla to Substitute Attorney Luis R. Vivas-Ugartemendia for Roberto Lefranc |
|---|---|---|
| [ ] Plaintiff(s) [x] Defendant(s) | | |

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *Granted*

---

5/23/00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE