UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGAR RODRIGUEZ OQUENDO, ET AL

    Plaintiff(s)

        v.                    CIVIL NUMBER: 97-2432(JAG)

PEDRO A. TOLEDO DAVILA, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/10/00<br>**Title:** Motion Informing Substitution of Attorney of Record<br>**Docket:** #52<br>[ ] Plffs  [x] Defts  [ ] Other | **GRANTED.** |

Date: 08/24/00

JAY A. GARCIA-GREGORY
U.S. District Judge