UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE:NOVEMBER 13,2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**      **CASE NO.CIVIL 97-2432(JAG)**

================================================================

EDGAR RODRIGUEZ OQUENDO                    Attorneys:
                                             For Plantiff:
        V

                                           For Defendant:

PEDRO RIVERA TOLEDO
================================================================

By Order of the Court the above-mentioned case is hereby

set for a status conference before Judge Garcia Gregory on

**Tuesday, December 12, 2000 at 10:30 AM.**

    Parties to be notified.


                              _Lily Alicea_
                    _____
                    Lily Alicea-Courtroom Deputy


                    a/cs:to ( ✓ )
                    attys/pts
                    in ICMS

                    NOV 1 5 2000