UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGAR RODRIGUEZ OQUENDO, ET AL

    **Plaintiff(s)**

    v.                        CIVIL NUMBER: 97-2432(JAG)

PEDRO A. TOLEDO DAVILA, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date Filed: 11/28/00<br>Title: Settlement Agreement<br>Docket: #56<br>[ ] Plffs  [ ] Defts  [ ] Other | The Court will enter judgment accordingly. |
| Date Filed: 11/30/00<br>Title: Motion to Adjourn Status Conference<br>Docket: #57<br>[ ] Plffs  [x] Defts  [ ] Other | GRANTED. |

Date: December 11, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

s/c: (1)

DEC 1 4 2000