IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGAR RODRIGUEZ OQUENDO,
ET AL

    **Plaintiff(s)**

v.                                                                        CIVIL NO. 97-2432 (JAG)

PEDRO A. TOLEDO DAVILA, ET AL

    **Defendant(s)**

---

## JUDGMENT

Judgment is entered on the "Settlement Agreement" filed by the parties on November 28, 2000, Docket No. 56. The terms of the Settlement Agreement are incorporated as if the set forth at length herein.

This case is now closed for all purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day of December, 2000.

                                            JAY A. GARCIA-GREGORY
                                            U.S. District Judge