UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDGAR RODRIGUEZ OQUENDO, ET AL

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 97-2432(JAG)

PEDRO A. TOLEDO DAVILA, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/26/01<br>**Title:** Motion for Disbursement of Funds<br>**Docket:** 61<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** The Court grants plaintiff Edgar Rodríguez Oquendo's motion requesting the disbursement of funds deposited with the Clerk of the Court. The purpose of said deposit was to fully satisfy the judgment entered on December 11, 2000. Therefore, the Court orders the Clerk of the Court to issue a check in the name of both plaintiffs and plaintiffs' attorney in the amount of $30,000.00 as payment in satisfaction of judgment. |

**Date:** March 22, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

FINANCE
3/26/01