## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

EDGAR RODRIGUEZ OQUENDO, ET AL

   **Plaintiff(s)**

   v.                                              **CIVIL NUMBER:** 97-2432(JAG)

PEDRO A. TOLEDO DAVILA, ET AL

   **Defendant(s)**

---

| **MOTION** | **ORDER** |
|---|---|
| **Date Filed:** 03/21/01<br>**Title:** Motion Requesting Leave to Withdraw as Counsel of Record<br>**Docket:** 63<br>[ ] Plffs   [x] Defts   [ ] Other | **GRANTED.** |

**Date:** April 30, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

